DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAX JESSE BEER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1694

[May 28, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni Anne Bryson, Judge; L.T. Case No. 502024CT023675AXXXNB.

Daniel Eisinger, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Mary Elizabeth Johnson, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***